NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONDIS TECHNOLOGY LTD.,**
*Plaintiff-Appellee,*

**v.**

**HON HAI PRECISION INDUSTRY CO., LTD.,
ALSO KNOWN AS FOXCONN INNOLUX DISPLAY
CORP., LITE-ON TECHNOLOGY CORP., LITE-ON
TRADING USA, INC., TPV TECHNOLOGY, LTD.,
INNOLUX CORP., AND CHIMEI INNOLUX
CORPORATION, FORMERLY KNOWN AS
INNOLUX
DISPLAY CORPORATION,**
*Defendants,*

**AND**

**TPV INTERNATIONAL (USA), INC.,
TPV ELECTRONICS (FUJIAN) CO. LTD.,
ENVISION PERIPHERALS INC.,
TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD.,
AND
TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD.,**
*Defendants-Appellants.*

---

2012-1208

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 07-CV-0565 and 08- CV-0478, Judge Rodney Gilstrap.

———————————————

**JUDGMENT**

———————————————

MARTIN J. BLACK, Dechert LLP, of Philadelphia, Pennsylvania, argued for plaintiff-appellee. With him on the brief were JEFFREY B. PLIES and Vincent A. Gallo.

JONATHAN D. HACKER, O'Melveny & Myers LLP, of Washington, DC, argued for defendants-appellants. With him on the brief was JOSHUA DEAHL. Of counsel on the brief were MARK A. SAMUELS and BRIAN BERLINER, of Los Angeles, California, and MICHAEL L. MYERS of Newport Beach, California.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 20, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |